**Form defo**  (Revised 12/01/2009)

United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 08−22480 | Chapter: 13

In re:

Steven Michael Benoit
203 E 9th Street
Eudora, KS 66025

Rachel Dawn Benoit
203 E 9th Street
Eudora, KS 66025

SSN: xxx−xx−4436

SSN: xxx−xx−7748

| Entered By The Court 1/22/14 | **ORDER TO CORRECT DEFECTIVE PLEADING(S)** | **Filed By The Court** 1/22/14 David D. Zimmerman Clerk of Court US Bankruptcy Court |

The following pleading was filed in this matter and is defective for the following reason(s):

*103* – Notice of Objection Deadline. Proposed Hearing to be held 2/21/2014 at 10:30 am. Certificate of Service on 1/22/2014. Filed by Jonathan C Becker on behalf of Rachel Dawn Benoit, Steven Michael Benoit (RE: related document(s)102 Chapter 13 Debtor(s) Certificate of Compliance and Motion for Entry of Discharge and Notice of Objection Deadline. Proposed Hearing to be held 2/21/2014 at 10:30 am. Certificate of Service on 1/22/2014 Filed by Joint Debtor Rachel Dawn Benoit, Debtor Steven Michael Benoit. Objections due by 2/12/2014.) Objections due by 2/12/2014. (Attachments: # 1 Creditor Matrix) (Becker, Jonathan)

MOTION MUST BE NOTICED WITH 30 DAY OBJECTION DEADLINE AND SERVED ON THE MATRIX.

The Clerk of the United States Bankruptcy Court will take no further action and no hearing will be scheduled on the court's calendar until the filer corrects the above−described deficiency. Your motion or application will not be heard until you give proper notice.

The person filing the pleading is ordered to correct all deficiencies listed above within fourteen (14) days of the date hereof. Failure to timely comply will result in this matter being set on the Court's Show Cause Docket or the motion or application denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 104 – 103

s/ David D. Zimmerman
Clerk, United States Bankruptcy Court